AO 245H     (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
             Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| CHARLES E. KENNEDY | CASE NUMBER: DVAW712PO000315-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | Thomas Jackson, retained |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.32(a)(3) | Provide false information to U. S. Government Agent | 9/30/2012 | One |

☒ Count(s)  One  is  dismissed on the motion of the United States pursuant to Rule 48(a).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Fine** | **Processing Fee** |
|---|---|---|
| **Total:** $ | $ | $ |

Defendant's Soc. Sec. No.:  6162
Defendant's Date of Birth:  1955

12/5/2012
Date of Imposition of Judgment

Defendant's Residence Address:
Damascus, Virginia 24236

Signature of Judge

Robert S. Ballou, United States Magistrate Judge
Name and Title of Judge

December 10, 2012
Date

Defendant's Mailing Address:
Damascus, Virginia 24236